# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:11CR106-RJC-DSC

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ALLEN CHARES LOCKLEAR,**<br><br>Defendant. | **ORDER**<br>**(SEALED)** |

**THIS MATTER** is before the Court upon Application of Defendant To File Defendant's Unopposed Motion to Continue Trial Date (Doc. 36) *under seal*. For the reasons stated in Defendant's Motion, the Court finds that Defendant has shown sufficient cause for this document to be sealed.

**IT IS, THEREFORE, ORDERED** that Doc. 36 be filed under seal. The Clerk is directed to certify copies of this order to the Defendant, counsel for the Defendant, and to the United States Attorney.

**SO ORDERED**.

Signed: July 19, 2012

David S. Cayer
United States Magistrate Judge